UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Seasonal Concepts, Inc.,

        Debtor.

<u>ORDER FOR RULE 2004 EXAMINATIONS</u>

BKY 07-43618

At Minneapolis, Minnesota, July 15, 2009.

This case is before the court on the motion of the trustee to allow him to conduct examinations pursuant to Federal Rule of Bankruptcy Procedure 2004. There were no objections to the motion.

Based on the files and records,

IT IS ORDERED: The trustee may examine Fran Burstein, Marvin Burstein, Gregory J. Daniel, David Gotlieb, HOM Furniture, Inc., Callanish Capital Partners, LP, Sidney Kaplan, M & J Seasonal Concepts, LLC, SC Acquisition, LLC, Burton A. Shapiro, Mark Smith, Richard N. Soskin, Jed Stillman, Marvin S. Stillman, Michael J. Stillman, Todd Swiler, Tamar-Fink, Inc., Wells Fargo Bank, N.A., Carl M. Wolk, Marlene Wolk, Matthew D. Wolk, and Helen Yotter pursuant to Federal Rule of Bankruptcy Procedure 2004.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/15/2009*
Lori Vosejpka, Clerk, by LMH